# **IN THE UNITED STATES BANKRUPTCY COURT**
# **FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bobby Jackson aka Bobby L. Jackson aka Bobby Lewis Jackson | CHAPTER 13 |
| | BKY. NO. 20-11529 ELF |
| Debtor(s) | |

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.

    Respectfully submitted,
**/s/ Rebecca A. Solarz Esquire**
Rebecca A Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322