United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-11529-elf
Bobby Jackson                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela              Page 1 of 2              Date Rcvd: May 11, 2020
                              Form ID: 152              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
```
db            +Bobby Jackson,    7729 Fayette Street,    Philadelphia, PA 19150-2217
14481958      +American Express,    P.O. BOX 297871,    Attn: Bankruptcy Dept.,
               Fort Lauderdale, FL 33329-7871
14492375       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
14481959      +American Home Improvement Finance, LLC,    11171 Mill Valley Road,    Attn: Bankruptcy Dept.,
               Omaha, NE 68154-3933
14481961       Comenity Capital Bank/Your Tuition,    P.O. BOX 183043,    Attn: Bankruptcy Dept.,
               Columbus, OH 43218-3043
14481962       Forge,    P.O. BOX 60070,    Attn: Bankruptcy Dept.,    Harrisburg, PA 17106-0070
14481963       Forge Credit Union,    P.O. BOX 60070,    Attn: Bankruptcy Dept.,    Harrisburg, PA 17106-0070
14495739      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L,    6409 Congress Avenue, suite 100,
               Boca Raton, FL 33487-2853
14493463      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3Fl
14481965       Police & Fire Federal Credit Union,    901 Arch Street,    Attn: Bankruptcy Dept.,
               Philadelphia, PA 19107-2495
14496371      +Police and Fire Federal Credit Union,    Greenwood One,    3333 Street Road,
               Bensalem, PA 19020-2022
14481968      +THOM/FORTIVA MC,    P.O. BOX 105555,    Attn: Bankruptcy Dept.,    Atlanta, GA 30348-5555
14499882      +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
14481966      +The Home Depot/CBNA,    5800 South Corporate Place,    Attn: Bankruptcy Dept.,
               Sioux Falls, SD 57108-5027
14481967      +The Money Source,    500 S. Broad Street, Suite 100A,    Meriden, CT 06450-6755
14499568      +The Money Source Inc.,    500 South Broad Street Suite 100A,    Meriden, Connecticut 06450-6755
14487342      +The Money Source Inc.,    C/O KML Law Group,    701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541
14481969     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  U.S. Bank,    P.O. BOX 2188,    Oshkosh, WI 54903-3447)
14481970      +Wells Fargo Bank, NA,    P.O. BOX 14517,    Attn: Bankruptcy Dept.,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 12 2020 03:06:48      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2020 03:06:33
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2020 03:06:46      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14493819      +E-mail/Text: bnc@trustamerifirst.com May 12 2020 03:06:30
               AmeriFirst Home Improvement Finance LLC,    11171 Mill Valley Rd,    Omaha, NE 68154-3933
14493679      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2020 03:12:44
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14493680      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2020 03:12:58      Capital One N.A.,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14481960      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 03:01:35      Captial One Bank,
               P.O. BOX 85147,    Attn: Bankruptcy Dept.,    Richmond, VA 23276-0001
14481964       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 12 2020 03:01:34      JPMCB Card,
               P.O. BOX 15369,    Attn: Bankruptcy Dept.,    Wilmington, DE 19850
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14500587*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                PO Box 5229,    Cincinnati, Ohio 45201-5229)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Pamela              Page 2 of 2               Date Rcvd: May 11, 2020
                              Form ID: 152              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
          MICHAEL A. LATZES    on behalf of Debtor Bobby  Jackson efiling@mlatzes-law.com
          REBECCA ANN SOLARZ    on behalf of Creditor   The Money Source Inc. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Bobby Jackson
    Debtor(s)

Case No: 20–11529–elf

Chapter: 13

---

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 6/2/20 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

17
Form 152