**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                    Chapter 13

                                    Bankruptcy No. 20-11529-ELF

BOBBY JACKSON

7729 FAYETTE STREET

PHILADELPHIA, PA 19150-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BOBBY JACKSON

    7729 FAYETTE STREET

    PHILADELPHIA, PA 19150-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

                                                        /S/ William C. Miller

Date: 6/17/2020                                               _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee