# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                          Chapter 13

BOBBY  JACKSON                                 Bankruptcy No. 20-11529-ELF

7729 FAYETTE STREET

PHILADELPHIA, PA 19150-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BOBBY  JACKSON

    7729 FAYETTE STREET

    PHILADELPHIA, PA 19150-

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/18/2020                                                                                             /s/ William C. Miller

                                                                                                 _____
                                                                                                  William C. Miller, Esquire
                                                                                                  Chapter 13 Standing Trustee