# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Bobby Jackson | : |
| | : |
| Debtor(s) | : NO.  20-11529 ELF |

## CERTIFICATE OF SERVICE

   I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's Amended Chapter 13 Plan, was mailed either first class mail, postage prepaid or electronically on August 3, 2020 to the U.S. Trustee, William C. Miller, Trustee, Bobby Jackson, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.


8-3-2020                                                                                /s/     MICHAEL A. LATZES
DATE                                                                              MICHAEL A. LATZES, ESQUIRE
                                                                                    Attorney for Debtor