# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bobby Jackson aka Bobby L. Jackson aka Bobby Lewis Jackson<br><br>                    Debtor(s)<br><br>The Money Source Inc., its successors and/or assigns<br>                              Movant<br>            vs.<br><br>Bobby Jackson aka Bobby L. Jackson aka Bobby Lewis Jackson<br>                    Debtor(s)<br><br>William C. Miller Esq.<br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 20-11529 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of The Money Source Inc., which was filed with the Court on or about **April 1, 2020, docket number 11**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

September 8, 2020