UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : CHAPTER 13
   Bobby Jackson                                        :
                                            Debtor(s)            : NO.  20-11529 ELF

CERTIFICATION OF NO OBJECTION OR RESPONSE

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that he filed a Motion for Application of Counsel Fee and Reimbursement of Costs with the Clerk of the United States Bankruptcy Court and sent notice via first class mail or electronically on September 24, 2020, to the debtor, Trustee, U.S. Trustee and all creditors listed on the Claims Register and/or attorney of records.

    Counsel certifies that more than twenty-one (21) days have elapsed since the serving of said notice and there have been no answer, objection or other responsive pleadings filed in the above- referenced case and therefore requests that this court award attorney compensation of $4,500.00.

 10-16-20                                                                           /s/    MICHAEL A. LATZES
  Date                                                                           MICHAEL A. LATZES, ESQUIRE
                                                                             1528 Walnut Street, Suite 700
                                                                             Philadelphia, PA  19102
                                                                             (215) 545-0200 (Phone)
                                                                             (215) 545-0668 (Fax)