UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|   Bobby Jackson | : |
| | : |
|         Debtor(s) | : NO.  20-11529 ELF |

**O R D E R**

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,500.00.**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C Section 330(a)(4)(B), the allowed compensation set forth in paragraph 2, **less  $2,000.00, previously paid,** to the extent such distribution is authorized by the terms of the confirmed Chapter 13 Plan.

**Date:**   10/20/20

                                                      **ERIC L. FRANK**
                                                      **U.S. BANKRUPTCY JUDGE**