Certificate Number: 15317-PAE-DE-039408685

Bankruptcy Case Number: 20-11512



15317-PAE-DE-039408685

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2025</u>, at <u>12:26</u> o'clock <u>PM PST</u>, <u>Bobby L Jackson</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>March 5, 2025</u>              By:    <u>/s/Philip Sta. Teresa</u>

                                       Name:  <u>Philip Sta. Teresa</u>

                                       Title: <u>Certified Counselor</u>