United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-11529-djb
Bobby Jackson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jun 12, 2025      Form ID: 138OBJ      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobby Jackson, 7729 Fayette Street, Philadelphia, PA 19150-2217 |
| 14481962 | | Forge, P.O. BOX 60070, Attn: Bankruptcy Dept., Harrisburg, PA 17106-0070 |
| 14481963 | | Forge Credit Union, P.O. BOX 60070, Attn: Bankruptcy Dept., Harrisburg, PA 17106-0070 |
| 14481968 | + | THOM/FORTIVA MC, P.O. BOX 105555, Attn: Bankruptcy Dept., Atlanta, GA 30348-5555 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 13 2025 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14773752 | + | Email/Text: BK@servicingdivision.com | Jun 13 2025 00:24:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14481958 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 00:29:44 | American Express, P.O. BOX 297871, Attn: Bankruptcy Dept., Fort Lauderdale, FL 33329-7871 |
| 14492375 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 00:42:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14517594 | | Email/Text: megan.harper@phila.gov | Jun 13 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14493679 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:41:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14493680 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:29:37 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14481960 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:43:16 | Captial One Bank, P.O. BOX 85147, Attn: Bankruptcy Dept., Richmond, VA 23276-0001 |
| 14503906 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 00:30:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14481961 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2025 00:24:00 | Comenity Capital Bank/Your Tuition, P.O. BOX 183043, Attn: Bankruptcy Dept., Columbus, OH 43218-3043 |
| 14481964 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 20-11529-djb   Doc 70   Filed 06/14/25   Entered 06/15/25 00:36:50   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 13 2025 00:30:25 | JPMCB Card, P.O. BOX 15369, Attn: Bankruptcy Dept., Wilmington, DE 19850-5369 |
| 14495739 | + | Email/Text: RASEBN@raslg.com | Jun 13 2025 00:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14619950 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:42:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14493463 | ^ | MEBN | Jun 13 2025 00:19:01 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14481965 | | Email/Text: bankruptcy1@pffcu.org | Jun 13 2025 00:24:00 | Police & Fire Federal Credit Union, 901 Arch Street, Attn: Bankruptcy Dept., Philadelphia, PA 19107-2495 |
| 14496371 | + | Email/Text: bankruptcy1@pffcu.org | Jun 13 2025 00:24:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14502186 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2025 00:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14856640 | + | Email/Text: BK@servicingdivision.com | Jun 13 2025 00:24:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14499882 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 13 2025 00:23:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14481966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 00:30:50 | The Home Depot/CBNA, 5800 South Corporate Place, Attn: Bankruptcy Dept., Sioux Falls, SD 57108-5027 |
| 14481967 | + | Email/Text: BK@servicingdivision.com | Jun 13 2025 00:24:00 | The Money Source, 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14499568 | + | Email/Text: BK@servicingdivision.com | Jun 13 2025 00:24:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14487342 | ^ | MEBN | Jun 13 2025 00:19:09 | The Money Source Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14481969 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 13 2025 00:24:00 | U.S. Bank, P.O. BOX 2188, Oshkosh, WI 54903-3447 |
| 14500587 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 13 2025 00:24:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14502516 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 13 2025 00:30:36 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14481970 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 13 2025 00:30:52 | Wells Fargo Bank, NA, P.O. BOX 14517, Attn: Bankruptcy Dept., Des Moines, IA 50306-3517 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14493819 | ##+ | AmeriFirst Home Improvement Finance LLC, 11171 Mill Valley Rd, Omaha, NE 68154-3933 |
| 14481959 | ##+ | American Home Improvement Finance, LLC, 11171 Mill Valley Road, Attn: Bankruptcy Dept., Omaha, NE 68154-3933 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025                                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. LATZES | on behalf of Debtor Bobby Jackson efiling@mlatzes-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 68 − 67

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Bobby Jackson  
   aka Bobby L. Jackson  
   aka Bobby Lewis Jackson  

   Debtor(s).

Case No. 20−11529−djb

Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania  
900 Market Street  
Suite 400  
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 12, 2025

For The Court

Timothy B. McGrath  
Clerk of Court