IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Bobby Jackson | : | |
| | : | |
| Debtor | : | NO. 20-11529 |

ENTRY OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Please enter my appearance for Freedom Credit Union, assignee of AmeriFirst Home Improvement Finance LLC, a creditor or equity security holder of the debtor, and provide special notice pursuant to Fed. R. Bankr. P. 2002 to:

Robert M. Morris, Esq.
Morris & Adelman, P.C.
P.O. Box 2235
Bala Cynwyd PA 19004-6235
Tel. No: 215-568-5621
email: rmmorris@morrisadelman.com

MORRIS & ADELMAN, P.C.

BY: _____
ROBERT M. MORRIS, ESQ.
Attorney for Creditor,
Freedom Credit Union